UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887

Order Filed on January 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John P. Burgess and Susan M. Burgess

Case No.: 16-32412

Chapter: 13

Judge: ABA

## ORDER AUTHORIZING RETENTION OF

Robert A. Loefflad

The relief set forth on the following page is **ORDERED**.

DATED: January 12, 2017

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Robert A. Loefflad___
as ___Special Counsel - Loss Mitigation___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: Ford, Flower, Hasbrouck & Loefflad
   PO Box 405
   Linwood, NJ 08221

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*