UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.: _____16-32412_____

  John P. Burgess and Susan M. Burgess          Chapter: _____13_____

                                                Judge: _____ABA_____

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____John and Susan Burgess_____, _____Debtors_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg_____ on _____April 11, 2017_____ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___4B___, _____401 Market Street,  Camden, NJ 08101_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Joint Debtor's personal injury action arising from motor vehicle accident pending in the Superior Court of New Jersey, Atlantic County, as Susan M. Burgess v. Bradley Hegarty, Docket No. ATL-L-1673-15. |
|---|---|

| Pertinent terms of settlement: | Joint Debtor proposes to settle personal injury claim for the gross sum of $75,000.00. After deduction of attorney's fees, expenses and the debtor's exemptions, the debtors anticipate there will be $8,510.17 in un-exempt proceeds available for distribution to creditors. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: _____Robert A. Loefflad, Esquire_____

Address: _____PO Box 405, Linwood, New Jersey 08221_____

Telephone No.: _____609-653-1500_____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 16-32412-ABA
John P. Burgess                                                                                     Chapter 13
Susan M. Burgess
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Mar 15, 2017
                             Form ID: pdf905           Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
```
db/jdb      +John P. Burgess,   Susan M. Burgess,   6102 Holly Street,   Hamilton Township, NJ 08330-3710
aty         #+Friedman Vartolo, LLP,   950 Third Avenue, 11th Floor,   New York, NY 10022-2775
aty         +Lars Hyberg, White & Mann,   2111 New Road,   Suite 105,   Northfield, NJ 08225-1512
cr          U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban,   c/o Specialized Loan Servicing,
              8742 Lucent Blvd.,   Highlands Ranch, CO 80129-2302
516515420   AT&T Mobility,   c/o SW Credit Systems, LP,   4130 International Parkway, Suite 1100,
              Carrollton, TX 75007
516529777   +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
              Arlington, TX 76096-3853
516602352   Bank of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
516675558   +Bureaus Investment Group Portfolio No 15 LLC,   c/o PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk VA 23541-1021
516515421   Capital One Bank,   Post Office Box 30285,   Salt Lake City, UT 84130-0285
516661997   Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516515422   #+Catherine Aponte, Esquire,   Friedman Vartolo, LLP,   950 Third Avenue, 11th Floor,
              New York, NY 10022-2775
516515423   +Clerk, Special Civil Part,   DC-005823-11,   1201 Bacharach Boulevard,
              Atlantic City, NJ 08401-4510
516515424   +Fay Servicing,   440 S. LaSalle Street, 20th Floor,   Chicago, IL 60605-1028
516515426   GM Financial,   PO Box 181145,   Arlington, TX 76096-1145
516515429   +Pressler and Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516515430   Regional Acceptance Corp.,   1424E East Fire Tower Road,   Greenville, NC 27858
516515431   +Select Medical Corp.,   c/o Bureau of Account Management,   3607 Rosemont Avenue,
              Camp Hill, PA 17011-6943
516515432   +Shore Orthopaedic University Associates,   c/o Apex Asset Management,
              2501 Oregon Pike, Suite 120,   Lancaster, PA 17601-4890
516515433   +The Bureaus,   650 Dundee Road, Suite 370,   Northbrook, IL 60062-2757
516588358   U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban,   KML Law Group PC,   Sentry Office Plaza,
              216 Haddon Avenue, Suite 206,   Westmont, NJ 08108
516530609   +U.S. ROF III Legal Title Trust 2015-1, et al,   ALDRIDGE PITE, LLP,
              4375 Jutland Drive, Suite 200,   P.O. Box 17933,   San Diego, CA 92177-7921


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 15 2017 22:51:10    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2017 22:51:07    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516515419   E-mail/Text: EBNProcessing@afni.com Mar 15 2017 22:51:14    AT&T Mobility,   c/o AFNI,
              PO Box 3097,   Bloomington, IL 61702-3097
516515425   +E-mail/Text: bankruptcydpt@mcmcg.com Mar 15 2017 22:51:06    First Bank of Delaware,
              c/o Midland Funding LLC,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
516515427   +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 15 2017 22:50:35    Kohl's Department Store,
              Post Office Box 3115,   Milwaukee, WI 53201-3115
516515428   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2017 22:53:22
              Portfolio Recovery Associates, LLC,   120 Corporate Boulevard,   Norfolk, VA 23502
516537021   E-mail/PDF: RACBANKRUPTCY@BRANDT.COM Mar 15 2017 22:53:22    Regional Acceptance Corporation,
              PO Box 1847,   Wilson, NC 27894-1847
516668743   +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2017 22:47:29    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                     TOTAL: 8
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.


Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Mar 15, 2017
                             Form ID: pdf905          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
          National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Robert A. Loefflad    on behalf of Debtor John P. Burgess rloefflad@ffhlaw.com,  ghuie@ffhlaw.com
          Robert A. Loefflad    on behalf of Joint Debtor Susan M. Burgess rloefflad@ffhlaw.com,
          ghuie@ffhlaw.com
                                                                              TOTAL: 4
```