Case 16-32412-ABA Doc 31-8 Filed 03/13/17 Entered 03/13/17 13:39:36 Desc Proposed Order Page 1 of 3

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

**Order Filed on April 11, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

Robert A. Loefflad, Esquire
NJ Bar ID # 02479996
FORD, FLOWER, HASBROUCK & LOEFFLAD
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887
Email: rloefflad@ffhklaw.com

In Re:

JOHN P. BURGESS AND SUSAN M. BURGESS

Debtor

Case No.: 16-32412

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr, U.S.B.J.

## ORDER APPROVING SETTLEMENT OF PERSONAL INJURY CLAIM

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: April 11, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**In re John P. Burgess and Susan M. Burgess**
**Bankruptcy Case No. 16-32412**
**Order Approving Settlement**
**PAGE 2**

---

**THIS MATTER** having come before the court upon the Application of Robert A. Loefflad, Esquire, of the Law Firm of Ford, Flower, Hasbrouck & Loefflad, attorneys for the Debtors, John P. Burgess and Susan M. Burgess,

**IT IS** hereby **ORDERED** that:

1. The proposed settlement of Joint Debtor's personal injury claim in the matter of *Susan M. Burgess v. Bradley Hegarty*, Docket No. ATL-L-1673-15, for the sum of $75,000.00, is hereby APPROVED.
2. Lars S. Hyberg, Esquire, of the Law Firm of Hyberg, White & Mann, P.C., is hereby allowed legal fees of $24,362.04 and expenses of $1,931.88 for a total allowance of $26,293.92 for his services as special counsel.
3. Lars S. Hyberg, Esquire, is hereby authorized to disburse the sum of $3,823.41 from the settlement proceeds to the healthcare providers listed in the motion papers who provided accident related medical care to the joint debtor.
4. Lars S. Hyberg, Esquire, is hereby authorized to disburse the sum of $36,372.50 from the settlement proceeds to the joint debtor, Susan M. Burgess, representing the exempt portion of the settlement proceeds pursuant to 11 U.S.C. §§ 522(d)(12) and (d)(5).

2

FORD, FLOWER, HASBROUCK & LOEFFLAD • *Attorneys at Law*
Linwood, New Jersey 08221

**In re John P. Burgess and Susan M. Burgess**
**Bankruptcy Case No. 16-32412**
**Order Approving Settlement**
**PAGE 2**

5. Lars S. Hyberg, Esquire, is hereby directed to turn over the remaining un-exempt settlement proceeds in the amount of $8,510.17 to Isabel C. Balboa, Esquire, Standing Chapter 13 Trustee.

3

FORD, FLOWER, HASBROUCK & LOEFFLAD • *Attorneys at Law*
Linwood, New Jersey 08221