# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Robert A. Loefflad, Esquire
NJ Bar ID # 02479996
FORD, FLOWER, HASBROUCK & LOEFFLAD
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887
Email: rloefflad@ffhklaw.com

Order Filed on April 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN P. BURGESS AND SUSAN M. BURGESS

Debtor

Case No.: 16-32412

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr, U.S.B.J.

## ORDER APPROVING SETTLEMENT OF PERSONAL INJURY CLAIM

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: April 11, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

FORD, FLOWER, HASBROUCK & LOEFFLAD • *Attorneys at Law*
Linwood, New Jersey 08221

**In re John P. Burgess and Susan M. Burgess**
**Bankruptcy Case No. 16-32412**
**Order Approving Settlement**
**PAGE 2**

---

**THIS MATTER** having come before the court upon the Application of Robert A. Loefflad, Esquire, of the Law Firm of Ford, Flower, Hasbrouck & Loefflad, attorneys for the Debtors, John P. Burgess and Susan M. Burgess,

**IT IS** hereby **ORDERED** that:

1. The proposed settlement of Joint Debtor's personal injury claim in the matter of *Susan M. Burgess v. Bradley Hegarty*, Docket No. ATL-L-1673-15, for the sum of $75,000.00, is hereby APPROVED.

2. Lars S. Hyberg, Esquire, of the Law Firm of Hyberg, White & Mann, P.C., is hereby allowed legal fees of $24,362.04 and expenses of $1,931.88 for a total allowance of $26,293.92 for his services as special counsel.

3. Lars S. Hyberg, Esquire, is hereby authorized to disburse the sum of $3,823.41 from the settlement proceeds to the healthcare providers listed in the motion papers who provided accident related medical care to the joint debtor.

4. Lars S. Hyberg, Esquire, is hereby authorized to disburse the sum of $36,372.50 from the settlement proceeds to the joint debtor, Susan M. Burgess, representing the exempt portion of the settlement proceeds pursuant to 11 U.S.C. §§ 522(d)(12) and (d)(5).

2

**In re John P. Burgess and Susan M. Burgess**
**Bankruptcy Case No. 16-32412**
**Order Approving Settlement**
**PAGE 2**

5. Lars S. Hyberg, Esquire, is hereby directed to turn over the remaining un-exempt settlement proceeds in the amount of $8,510.17 to Isabel C. Balboa, Esquire, Standing Chapter 13 Trustee.

3

FORD, FLOWER, HASBROUCK & LOEFFLAD • *Attorneys at Law*
Linwood, New Jersey 08221

```
                              United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                     Case No. 16-32412-ABA
John P. Burgess                                                            Chapter 13
Susan M. Burgess
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                 Page 1 of 1                  Date Rcvd: Apr 12, 2017
                              Form ID: pdf903             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
```
db/jdb         +John P. Burgess,    Susan M. Burgess,     6102 Holly Street,    Hamilton Township, NJ 08330-3710
aty            +Lars Hyberg,    Hyberg, White & Mann,     2111 New Road,    Suite 105,    Northfield, NJ 08225-1512
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Robert A. Loefflad    on behalf of Debtor John P. Burgess rloefflad@ffhlaw.com,    ghuie@ffhlaw.com
              Robert A. Loefflad    on behalf of Joint Debtor Susan M. Burgess rloefflad@ffhlaw.com,
               ghuie@ffhlaw.com
                                                                                              TOTAL: 4
```