UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887

Order Filed on January 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John P. Burgess and Susan M. Burgess

Case No.: 16-32412
Chapter: 13
Judge: ABA

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 31, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _____Robert A. Loefflad_____ for the reduction of time for a hearing on Motion to Sell/Notice of Proposed Private Sale _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____February 13, 2018_____ at ~~10:00~~ 11:00 AM in the United States Bankruptcy Court, _____U.S. Courthouse 401 Market Street Camden, NJ 08101_____, Courtroom No. __4B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee, Secured Creditors, Priority Creditors, General Unsecured Creditors ~~filing a notice of appearance and request for notices pursuant to FRBP 2002~~. ALL CREDITORS ARE TO BE SERVED by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Trustee, Secured Creditors and any party filing Entry of Apperance

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail by Feb. 8, 2018.

   ~~_____ day(s) prior to the scheduled hearing; or~~

   ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. Debtor Shall prepare and file a Notice of Private Sale setting forth the proper information within one (1) day of this Order.

*rev. 2/1/16*

3