**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887

Order Filed on January 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 16-32412 |
| John P. Burgess and Susan M. Burgess | Chapter: 13 |
| | Judge: ABA |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 31, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _____Robert A. Loefflad_____ for the reduction of time for a hearing on Motion to Sell/Notice of Proposed Private Sale _____ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___February 13, 2018___ at ~~10:00~~ 11:00 AM in the United States Bankruptcy Court, ___U.S. Courthouse 401 Market Street Camden, NJ 08101___, Courtroom No. __4B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee, Secured Creditors, Priority Creditors, General Unsecured Creditors ~~filing a notice of appearance and request for notices pursuant to FRBP 2002~~.   ALL CREDITORS ARE TO BE SERVED by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Trustee, Secured Creditors and any party filing Entry of Apperance

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail by Feb. 8, 2018.

   ~~_____ day(s) prior to the scheduled hearing; or~~

   ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. Debtor Shall prepare and file a Notice of Private Sale setting forth the proper information within one (1) day of this Order.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:  
John P. Burgess  
Susan M. Burgess  
      Debtors

Case No. 16-32412-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 31, 2018  
                Form ID: pdf903    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.
```
db          #+John P. Burgess,    6102 Holly Street,   Hamilton Township, NJ 08330-3710
jdb          +Susan M. Burgess,   6102 Holly Street,   Hamilton Township, NJ 08330-3710
aty          +Lars Hyberg,    Hyberg, White & Mann,    2111 New Road,   Suite 105,   Northfield, NJ 08225-1512
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Robert A. Loefflad    on behalf of Debtor John P. Burgess rloefflad@ffhlaw.com,   ghuie@ffhlaw.com
              Robert A. Loefflad    on behalf of Joint Debtor Susan M. Burgess rloefflad@ffhlaw.com,
               ghuie@ffhlaw.com
```
    TOTAL: 4