UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: John P. Burgess and Susan M. Burgess

Case No.: 16-32412
Chapter: 13
Judge: ABA

## NOTICE OF PROPOSED PRIVATE SALE

__John and Susan Burgess__, __the Debtors__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __February 13, 2018*__ at __11:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __401 Market Street, Camden, NJ 08101__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.    * Per Order Shortening Time.

Description of property to be sold:  6102 W. Holly Street, Mays Landing, New Jersey 08330

Proposed Purchaser:  Ricky DeBiase

Sale price: $127,650.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Barb Kyle of Balsley-Losco Realty |
|---|---|
| Amount to be paid: | $7,659.00 (to be shared with Sheldon Grace of Grace Properties, as Buyer's agent) |
| Services rendered: | Realtor |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Robert A. Loefflad, Esquire,

Address: PO Box 405, Linwood, New Jersey 08221

Telephone No.: 609-653-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-32412-ABA
John P. Burgess                                                                                 Chapter 13
Susan M. Burgess
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                    Page 1 of 2              Date Rcvd: Feb 01, 2018
                              Form ID: pdf905                Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
```
db            #+John P. Burgess,    6102 Holly Street,    Hamilton Township, NJ 08330-3710
jdb            +Susan M. Burgess,   6102 Holly Street,    Hamilton Township, NJ 08330-3710
aty            +Lars Hyberg,    Hyberg, White & Mann,    2111 New Road,    Suite 105,    Northfield, NJ 08225-1512
r              +Barb Kyle,    Balsley Losco Realty,    1630 New Road,    Unit #1,    Northfield, NJ 08225-1172
cr              U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban,    c/o Specialized Loan Servicing,
                 8742 Lucent Blvd.,    Highlands Ranch, CO 80129-2302
516515420       AT&T Mobility,    c/o SW Credit Systems, LP,    4130 IInternational Parkway, Suite 1100,
                 Carrollton, TX 75007
516529777      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
516732381       Apex Asset Management, LLC,    Shore Orthopaedic Univ.,    PO Box 5407,
                 Lancaster, PA 17606-5407
516602352       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516515421       Capital One Bank,    Post Office Box 30285,    Salt Lake City, UT 84130-0285
516661997       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516515423      +Clerk, Special Civil Part,    DC-005823-11,    1201 Bacharach Boulevard,
                 Atlantic City, NJ 08401-4510
516515424      +Fay Servicing,    440 S. LaSalle Street, 20th Floor,    Chicago, IL 60605-5011
517016520      +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste. 150,    Carrollton, TX 75006-3357
516515426       GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
516515429      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516515430       Regional Acceptance Corp.,    1424E East Fire Tower Road,    Greenville, NC 27858
516515431      +Select Medical Corp.,    c/o Bureau of Account Management,    3607 Rosemont Avenue,
                 Camp Hill, PA 17011-6943
516515432      +Shore Orthopaedic University Associates,    c/o Apex Asset Management,
                 2501 Oregon Pike, Suite 120,    Lancaster, PA 17601-4890
516515433      +The Bureaus,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
516588358       U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516530609      +U.S. ROF III Legal Title Trust 2015-1, et al,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
516774872      +U.S. ROF III Legal Title Trust 2015-1, et al,    FAY SERVICING, LLC,
                 440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2018 02:10:24     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2018 02:10:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516515419       E-mail/Text: EBNProcessing@afni.com Feb 02 2018 02:10:36     AT&T Mobility,    c/o AFNI,
                 PO Box 3097,    Bloomington, IL 61702-3097
516753907      +E-mail/Text: g20956@att.com Feb 02 2018 02:11:09     AT&T Mobility II LLC,
                 c/o AT&T Services, Inc.,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
516675558      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 02:18:00
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
516515425      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 02 2018 02:10:20     First Bank of Delaware,
                 c/o Midland Funding LLC,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
516515427      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 02 2018 02:09:46     Kohl's Department Store,
                 Post Office Box 3115,    Milwaukee, WI 53201-3115
516515428       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 02:24:09
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
516766253       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 02:17:45
                 Portfolio Recovery Associates, LLC,    c/o Gamestop,    POB 41067,   Norfolk VA 23541
516765255       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 02:36:25
                 Portfolio Recovery Associates, LLC,    c/o Victorias Secret,    POB 41067,   Norfolk VA 23541
516537021       E-mail/Text: RACBANKRUPTCY@BBANDT.COM Feb 02 2018 02:07:10     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
516668743      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 02:18:12     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 12
```

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty           ##+Friedman Vartolo, LLP,    950 Third Avenue, 11th Floor,    New York, NY 10022-2775
516515422     ##+Catherine Aponte, Esquire,    Friedman Vartolo, LLP,    950 Third Avenue, 11th Floor,
                 New York, NY 10022-2775
                                                                                               TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Feb 01, 2018
                               Form ID: pdf905          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Robert A. Loefflad    on behalf of Debtor John P. Burgess rloefflad@ffhlaw.com,  ghuie@ffhlaw.com
              Robert A. Loefflad    on behalf of Joint Debtor Susan M. Burgess rloefflad@ffhlaw.com,
               ghuie@ffhlaw.com
                                                                                             TOTAL: 4