Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 16−32412−ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John P. Burgess  
aka John P. Burgess Jr.  
6102 Holly Street  
Hamilton Township, NJ 08330

Susan M. Burgess  
6102 Holly Street  
Hamilton Township, NJ 08330

Social Security No.:  
xxx−xx−2004                    xxx−xx−9677

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       4/12/18  
Time:       02:00 PM  
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
Robert A. Loefflad, Debtor's Attorney, period: 11/29/2016 to 2/16/2018

COMMISSION OR FEES  
Fees: $2,500.00

EXPENSES  
$355.17

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 12, 2018  
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-32412-ABA
John P. Burgess
Susan M. Burgess                                                                Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Mar 12, 2018
                              Form ID: 137             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
```
db             #+John P. Burgess,    6102 Holly Street,    Hamilton Township, NJ 08330-3710
jdb             +Susan M. Burgess,    6102 Holly Street,    Hamilton Township, NJ 08330-3710
aty             +Lars Hyberg,    Hyberg, White & Mann,    2111 New Road,    Suite 105,    Northfield, NJ 08225-1512
r               +Barb Kyle,    Balsley Losco Realty,    1630 New Road,    Unit #1,    Northfield, NJ 08225-1172
cr              U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban,    c/o Specialized Loan Servicing,
                 8742 Lucent Blvd.,    Highlands Ranch, CO  80129-2302
516515420       AT&T Mobility,    c/o SW Credit Systems, LP,    4130 IInternational Parkway, Suite 1100,
                 Carrollton, TX 75007
516529777      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
516732381       Apex Asset Management, LLC,    Shore Orthopaedic Univ.,    PO Box 5407,
                 Lancaster, PA  17606-5407
516602352       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516515421       Capital One Bank,    Post Office Box 30285,    Salt Lake City, UT 84130-0285
516661997       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516515423      +Clerk, Special Civil Part,    DC-005823-11,    1201 Bacharach Boulevard,
                 Atlantic City, NJ 08401-4510
516515424      +Fay Servicing,    440 S. LaSalle Street, 20th Floor,    Chicago, IL 60605-5011
517016520      +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste. 150,    Carrollton, TX 75006-3357
516515426       GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
516515429      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516515430       Regional Acceptance Corp.,    1424E East Fire Tower Road,    Greenville, NC 27858
516515431      +Select Medical Corp.,    c/o Bureau of Account Management,    3607 Rosemont Avenue,
                 Camp Hill, PA 17011-6943
516515432      +Shore Orthopaedic University Associates,    c/o Apex Asset Management,
                 2501 Oregon Pike, Suite 120,    Lancaster, PA 17601-4890
516515433      +The Bureaus,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
516588358       U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516530609      +U.S. ROF III Legal Title Trust 2015-1, et al,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
516774872      +U.S. ROF III Legal Title Trust 2015-1, et al,    FAY SERVICING, LLC,
                 440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2018 23:59:43    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2018 23:59:40    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516515419       E-mail/Text: EBNProcessing@afni.com Mar 12 2018 23:59:49    AT&T Mobility,    c/o AFNI,
                 PO Box 3097,    Bloomington, IL 61702-3097
516753907      +E-mail/Text: g20956@att.com Mar 13 2018 00:00:12    AT&T Mobility II LLC,
                 c/o AT&T Services, Inc.,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
516675558       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2018 00:14:08
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
516515425      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 12 2018 23:59:40    First Bank of Delaware,
                 c/o Midland Funding LLC,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
516515427      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 12 2018 23:59:04    Kohl's Department Store,
                 Post Office Box 3115,    Milwaukee, WI 53201-3115
516515428       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2018 00:14:08
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
516766253       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2018 00:03:31
                 Portfolio Recovery Associates, LLC,    c/o Gamestop,    POB 41067,    Norfolk VA 23541
516765255       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2018 00:13:43
                 Portfolio Recovery Associates, LLC,    c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
516537021       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 13 2018 00:04:18    Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
516668743      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:42    Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty             ##+Friedman Vartolo, LLP,    950 Third Avenue, 11th Floor,    New York, NY 10022-2775
516515422       ##+Catherine Aponte, Esquire,    Friedman Vartolo, LLP,    950 Third Avenue, 11th Floor,
                 New York, NY 10022-2775
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 12, 2018
                              Form ID: 137             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
         National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Robert A. Loefflad    on behalf of Debtor John P. Burgess rloefflad@ffhlaw.com,  ghuie@ffhlaw.com
        Robert A. Loefflad    on behalf of Joint Debtor Susan M. Burgess rloefflad@ffhlaw.com,
         ghuie@ffhlaw.com
                                                                                        TOTAL: 4