| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | John P. Burgess<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2004<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Susan M. Burgess<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9677<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   11/23/16 |
| Case number: | 16–32412–ABA | Date case converted to chapter: | 7   8/7/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John P. Burgess | Susan M. Burgess |
| 2. | **All other names used in the last 8 years** | aka John P. Burgess Jr. | |
| 3. | **Address** | 915 Beethoven Street, Apt. #1<br>Egg Harbor City, NJ 08215 | 4614 Schooner Road<br>Brigantine, NJ 08203 |
| 4. | **Debtor's attorney**<br>Name and address | Robert A. Loefflad<br>Ford, Flower, Hasbrouck & Loefflad<br>Post Office Box 405<br>Linwood, NJ 08221 | Contact phone 609–653–1500 |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas J Subranni<br>Subranni Zauber<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401 | Contact phone (609) 347–7000 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street  Camden, NJ 08102  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 856–361–2300  Date: 8/15/18 |
| **7.** | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **September 13, 2018 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **1423 Tilton Road, Suite 5, Northfield, NJ 08225** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 11/13/18** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

Case 16-32412-ABA    Doc 78    Filed 08/17/18    Entered 08/18/18 00:37:57    Desc Imaged
Certificate of Notice    Page 3 of 5

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-32412-ABA
John P. Burgess                                                                                 Chapter 7
Susan M. Burgess
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Aug 15, 2018
                               Form ID: 309A            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.

```
db         +John P. Burgess,    915 Beethoven Street, Apt. #1,    Egg Harbor City, NJ 08215-2232
jdb        +Susan M. Burgess,    4614 Schooner Road,    Brigantine, NJ 08203-1201
aty        +Lars Hyberg,    Hyberg, White & Mann,    2111 New Road,    Suite 105,    Northfield, NJ 08225-1512
tr         +Thomas J Subranni,    Subranni Zauber,    1624 Pacific Avenue,    Atlantic City, NJ 08401-6958
516515420   AT&T Mobility,    c/o SW Credit Systems, LP,    4130 Iinternational Parkway, Suite 1100,
             Carrollton, TX 75007
516529777  +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
             Arlington, TX 76096-3853
516732381   Apex Asset Management, LLC,    Shore Orthopaedic Univ.,    PO Box 5407,
             Lancaster, PA 17606-5407
516515423  +Clerk, Special Civil Part,    DC-005823-11,    1201 Bacharach Boulevard,
             Atlantic City, NJ 08401-4510
516515424  +Fay Servicing,    440 S. LaSalle Street, 20th Floor,    Chicago, IL 60605-5011
517016520  +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste. 150,    Carrollton, TX 75006-3357
516515429  +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516515430   Regional Acceptance Corp.,    1424E East Fire Tower Road,    Greenville, NC 27858
516515431  +Select Medical Corp.,    c/o Bureau of Account Management,    3607 Rosemont Avenue,
             Camp Hill, PA 17011-6943
516515432  +Shore Orthopaedic University Associates,    c/o Apex Asset Management,
             2501 Oregon Pike, Suite 120,    Lancaster, PA 17601-4890
516515433  +The Bureaus,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
516588358   U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban,    KML Law Group PC,    Sentry Office Plaza,
             216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516530609  +U.S. ROF III Legal Title Trust 2015-1, et al,    ALDRIDGE PITE, LLP,
             4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
516774872  +U.S. ROF III Legal Title Trust 2015-1, et al,    FAY SERVICING, LLC,
             440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         E-mail/Text: rloefflad@ffhlaw.com Aug 15 2018 23:44:36    Robert A. Loefflad,
             Ford, Flower, Hasbrouck & Loefflad,    Post Office Box 405,    Linwood, NJ  08221
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2018 23:45:43    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2018 23:45:40    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516515419   EDI: AFNIRECOVERY.COM Aug 16 2018 03:13:00    AT&T Mobility,    c/o AFNI,    PO Box 3097,
             Bloomington, IL 61702-3097
516753907  +EDI: CINGMIDLAND.COM Aug 16 2018 03:13:00    AT&T Mobility II LLC,    c/o AT&T Services, Inc.,
             One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
516602352   EDI: BANKAMER.COM Aug 16 2018 03:13:00    Bank of America, N.A.,    PO BOX 31785,
             Tampa, FL 33631-3785
516675558  +EDI: PRA.COM Aug 16 2018 03:13:00    Bureaus Investment Group Portfolio No 15 LLC,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516515421   EDI: CAPITALONE.COM Aug 16 2018 03:13:00    Capital One Bank,    Post Office Box 30285,
             Salt Lake City, UT 84130-0285
516661997   EDI: BL-BECKET.COM Aug 16 2018 03:13:00    Capital One, N.A.,    c/o Becket and Lee LLP,
             PO Box 3001,    Malvern PA 19355-0701
516515425  +EDI: MID8.COM Aug 16 2018 03:13:00    First Bank of Delaware,    c/o Midland Funding LLC,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
516515426   EDI: PHINAMERI.COM Aug 16 2018 03:13:00    GM Financial,    PO Box 181145,
             Arlington, TX 76096-1145
516515427  +EDI: CBSKOHLS.COM Aug 16 2018 03:13:00    Kohl's Department Store,    Post Office Box 3115,
             Milwaukee, WI 53201-3115
516515428   EDI: PRA.COM Aug 16 2018 03:13:00    Portfolio Recovery Associates, LLC,
             120 Corporate Boulevard,    Norfolk, VA 23502
516766253   EDI: PRA.COM Aug 16 2018 03:13:00    Portfolio Recovery Associates, LLC,    c/o Gamestop,
             POB 41067,    Norfolk VA 23541
516765255   EDI: PRA.COM Aug 16 2018 03:13:00    Portfolio Recovery Associates, LLC,
             c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
516537021   E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 15 2018 23:53:48    Regional Acceptance Corporation,
             PO Box 1847,    Wilson, NC 27894-1847
516668743  +EDI: RMSC.COM Aug 16 2018 03:13:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 17
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516515422    ##+Catherine Aponte, Esquire,    Friedman Vartolo, LLP,    950 Third Avenue, 11th Floor,
              New York, NY 10022-2775
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Aug 15, 2018
                              Form ID: 309A            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:
```
              Denise E. Carlon     on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert A. Loefflad    on behalf of Debtor John P. Burgess rloefflad@ffhlaw.com, ghuie@ffhlaw.com
              Robert A. Loefflad    on behalf of Joint Debtor Susan M. Burgess rloefflad@ffhlaw.com,
               ghuie@ffhlaw.com
              Thomas J Subranni    trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
                                                                                             TOTAL: 4
```