| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert A. Loefflad, Esquire<br>NJ Bar ID# 024791996<br>Ford, Flower, Hasbrouck & Loefflad<br>Post Office Box 405<br>Linwood, New Jersey 08221<br>Tel (609) 653-1500<br>Fax (609) 653-8887 | Order Filed on September 24, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>John P. Burgess and Susan M. Burgess | Case No.: 16-32412<br>Chapter: 7<br>Judge: ABA |

## ORDER REGARDING REQUEST FOR EXEMPTION FROM:

☐ CREDIT COUNSELING REQUIRED UNDER 11 U.S.C. § 109(h)(1)

☒ PARTICIPATION IN FINANCIAL MANAGEMENT COURSE REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1)

☐ REQUIREMENT TO FILE CERTIFICATION IN SUPPORT OF DISCHARGE REQUIRED UNDER U.S.C. § 1328(a)

The relief set forth on the following pages, numbered two (2) and three (3) is **ORDERED**.

**DATED: September 24, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented by the debtor pursuant to 11 U.S.C. § 109(h)(4), and for good cause shown, it is

ORDERED that:

_X_ The debtor's request is GRANTED; the ~~debtor~~ co-debtor, Susan M. Burgess is hereby exempt from:

- ☐ obtaining budget and credit counseling required under 11 U.S.C. § 109(h)(1) and filing a Certificate of Credit Counseling,

- ☒ participating in a Financial Management Course as required under 11 U.S.C. § 727(a)(11), or 1328(g)1(1) and filing a Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),

- ☐ filing a Certification in Support of Discharge concerning Domestic Support Obligation as required by 11 U.S.C. § 1328(a).

_____ The debtor's request for an exemption is DENIED, and

- ☐ the debtor must obtain budget and credit counseling from a United States Trustee approved credit counseling agency and file a *Certificate of Credit Counseling* on or before fourteen (14) days from the date the debtor's petition was filed or the case will be dismissed without further notice,

- ☐ the debtor must participate in a Financial Management Course conducted by a United States Trustee approved agency, and file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),*

- ☐ the debtor must file a *Certification in Support of Discharge* concerning domestic support obligations as required under 11 U.S.C. § 1328(a).

The documents highlighted above must be filed

- ☐ on or before the last day to object to discharge has expired,

or

- ☐ on or before the last payment is made to the Standing Trustee on the Debtor's plan.

Failure to do so will result in the debtor's case being closed without the debtor having received a discharge.

2

_____ A hearing on this matter has been scheduled at the following date and time.

Hearing Date/Time: _____

Hearing Location: _____

_____

_____

Courtroom: _____

*rev. 5/23/16*

3

Case 16-32462-ABA    Doc 84    Filed 09/26/18    Entered 09/27/18 00:38:35    Desc Imaged
Certificate of Notice    Page 3 of 4

United States Bankruptcy Court
District of New Jersey

In re:  
John P. Burgess  
Susan M. Burgess  
    Debtors

Case No. 16-32412-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 24, 2018  
                    Form ID: pdf903     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.  
db          +John P. Burgess,    915 Beethoven Street, Apt. #1,    Egg Harbor City, NJ 08215-2232  
jdb         +Susan M. Burgess,    4614 Schooner Road,    Brigantine, NJ 08203-1201  
aty         +Lars Hyberg,    Hyberg, White & Mann,    2111 New Road,    Suite 105,    Northfield, NJ 08225-1512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Robert A. Loefflad    on behalf of Debtor John P. Burgess rloefflad@ffhlaw.com,   ghuie@ffhlaw.com  
       Robert A. Loefflad    on behalf of Joint Debtor Susan M. Burgess rloefflad@ffhlaw.com,   ghuie@ffhlaw.com  
       Thomas J Subranni    trustee@subranni.com,   ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com  
                                               TOTAL: 4