Form cscnodsc – ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  16–32412–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John P. Burgess                           Susan M. Burgess
 aka John P. Burgess Jr.                  4614 Schooner Road
 915 Beethoven Street, Apt. #1            Brigantine, NJ 08203
 Egg Harbor City, NJ 08215

Social Security No.:
 xxx–xx–2004                              xxx–xx–9677

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–named case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4–year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the
Bankruptcy Code.

     If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the
debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a
previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge
providing an opportunity to be heard prior to case closing.

Dated: December 28, 2018
JAN: kaj

                                                       Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 16-32412-ABA
John P. Burgess                                                      Chapter 7
Susan M. Burgess
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Dec 28, 2018
                             Form ID: cscnodsc     Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2018.
```
db              +John P. Burgess,    915 Beethoven Street, Apt. #1,   Egg Harbor City, NJ 08215-2232
jdb             +Susan M. Burgess,    4614 Schooner Road,    Brigantine, NJ 08203-1201
aty             +Lars Hyberg,   Hyberg, White & Mann,    2111 New Road,    Suite 105,   Northfield, NJ 08225-1512
r               +Barb Kyle,   Balsley Losco Realty,    1630 New Road,    Unit #1,   Northfield, NJ 08225-1172
cr               U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban,   c/o Specialized Loan Servicing,
                  8742 Lucent Blvd.,    Highlands Ranch, CO 80129-2302
516515420        AT&T Mobility,    c/o SW Credit Systems, LP,    4130 Iinternational Parkway, Suite 1100,
                  Carrollton, TX 75007
516529777       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
516732381        Apex Asset Management, LLC,    Shore Orthopaedic Univ.,    PO Box 5407,
                  Lancaster, PA  17606-5407
516602352        Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516661997        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516515423       +Clerk, Special Civil Part,    DC-005823-11,    1201 Bacharach Boulevard,
                  Atlantic City, NJ 08401-4510
516515424       +Fay Servicing,    440 S. LaSalle Street, 20th Floor,    Chicago, IL 60605-5011
517016520       +Fay Servicing, LLC,    3000 Kellway Dr.,   Ste. 150,    Carrollton, TX 75006-3357
516515426        GM Financial,    PO Box 181145,   Arlington, TX 76096-1145
516515429       +Pressler and Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
516515430        Regional Acceptance Corp.,    1424E East Fire Tower Road,    Greenville, NC 27858
516515431       +Select Medical Corp.,    c/o Bureau of Account Management,    3607 Rosemont Avenue,
                  Camp Hill, PA 17011-6943
516515432       +Shore Orthopaedic University Associates,    c/o Apex Asset Management,
                  2501 Oregon Pike, Suite 120,    Lancaster, PA 17601-4890
516515433       +The Bureaus,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
516588358        U.S. ROF III Legal Title Trust 2015-1, by U.S. Ban,    KML Law Group PC,    Sentry Office Plaza,
                  216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516530609       +U.S. ROF III Legal Title Trust 2015-1, et al,    ALDRIDGE PITE, LLP,
                  4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
516774872       +U.S. ROF III Legal Title Trust 2015-1, et al,    FAY SERVICING, LLC,
                  440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 29 2018 00:27:08    U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 29 2018 00:27:04    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516515419        E-mail/Text: EBNProcessing@afni.com Dec 29 2018 00:27:22    AT&T Mobility,   c/o AFNI,
                  PO Box 3097,   Bloomington, IL 61702-3097
516753907       +E-mail/Text: g20956@att.com Dec 29 2018 00:27:55    AT&T Mobility II LLC,
                  c/o AT&T Services, Inc.,    One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
516675558       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2018 00:43:05
                  Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk VA 23541-1021
516515421        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 29 2018 00:32:34    Capital One Bank,
                  Post Office Box 30285,    Salt Lake City, UT 84130-0285
516515425       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 29 2018 00:27:03    First Bank of Delaware,
                  c/o Midland Funding LLC,    8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
516515427       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 29 2018 00:26:09    Kohl's Department Store,
                  Post Office Box 3115,   Milwaukee, WI 53201-3115
516515428        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2018 00:43:11
                  Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk VA 23502
516766253        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2018 00:31:43
                  Portfolio Recovery Associates, LLC,    c/o Gamestop,    POB 41067,    Norfolk VA 23541
516765255        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2018 00:43:00
                  Portfolio Recovery Associates, LLC,    c/o Victorias Secret,    POB 41067,   Norfolk VA 23541
516537021        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 29 2018 00:32:40    Regional Acceptance Corporation,
                  PO Box 1847,   Wilson, NC 27894-1847
516668743       +E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2018 00:31:39    Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 13


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              ##+Friedman Vartolo, LLP,    950 Third Avenue, 11th Floor,   New York, NY 10022-2775
516515422        ##+Catherine Aponte, Esquire,    Friedman Vartolo, LLP,    950 Third Avenue, 11th Floor,
                  New York, NY 10022-2775

                                                                           TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Dec 28, 2018
                             Form ID: cscnodsc         Total Noticed: 35

                    ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
          National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Robert A. Loefflad    on behalf of Debtor John P. Burgess rloefflad@ffhlaw.com,  ghuie@ffhlaw.com
          Robert A. Loefflad    on behalf of Joint Debtor Susan M. Burgess rloefflad@ffhlaw.com,
          ghuie@ffhlaw.com
          Thomas J Subranni    trustee@subranni.com,
          ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
                                                                              TOTAL: 4